# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Carol Lynne Myers,<br><br>Debtor.(s) | Case No. 21-00345-jw<br><br>Chapter 13 |

## OBJECTION TO CONFIRMATION

Sloane Realty, LLC ("Landlord") a Landlord and party in interest in the above captioned case, by and through its undersigned attorney, hereby files its Objection to Confirmation of the filed plan ("Objection"), on the following grounds:

### Statutory Basis

1. This Court has jurisdiction of this proceeding under 28 U.S.C. §157(b)(2)(G).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1408 and § 1409.

3. The statutory predicates for relief are 11 U.S.C. § 365, 502, 503, 507, 541, 1323, 1325; Federal Rules of Bankruptcy Procedure 3015; and Local Bankruptcy Rules 3015-1, 3015-2, 3015-3.

### Facts

4. Landlord manages the rental agreement for the Debtor's residence located 1347 Valley Rd Charleston, SC 29412.

5. The original lease was dated March 2, 2011 and expired by operation of the agreement on March 31, 2012 ("Original Lease").

6. This lease was extended multiple times until the final extension dated November 8, 2017 ("Final Extension"). See Exhibit A.

7. The final extension was to allow for a month-to-month tenancy which was cancelable by either party upon 30 days' notice.

### Argument

8. Landlord is objecting to the confirmation of the Plan because it proposes to assume a lease pursuant to 11 U.S.C. § 365(d)(2) the debtor may assume or reject an "unexpired lease of residential real property . . . ." The lease that the Debtor is assuming is a month-to-month lease with a provision to allow for the termination upon 30 days' notice.

1

9. Landlord asserts that there is no unexpired lease that can be assumed and there only exists a tenancy at will terminable upon 30 days of notice.

10. Even if the Debtor were permitted to assume this tenancy at will, such tenancy can only be assumed for a period of 30 days. Landlord is hereby expressing its intent to cancel the tenancy upon the conclusion of the next 30-day period.

11. Such a period would terminate on or before April 30, 2021.

12. Additionally, any rent incurred by the Debtor from the petition date is entitled to priority under 11 U.S.C. § 365 and must be included in the plan pursuant to the heightened payout under 11 U.S.C. § 503(b). *See* In re Circuit City Stores, Inc., 447 B.R. 475, 508 (Bankr. E.D. Va. 2009). As such Landlord is requesting that the Plan be modified to address any failure by the Debtor to pay rent during the pendency of this case and until such time as the Debtor is removed from the property.

WHEREFORE, Movant respectfully requests that after such notice and hearing as this Court deems appropriate, the Court deny confirmation of the Plan or in the alternative direct the Debtor to amend the Plan to conform to this objection, and to award any additional relief as the Court may deem proper.

Date Filed: March 12, 2021

**Markham Law Firm, LLC**

   /s/ Sean Markham
Sean Markham I.D. # 10145
Attorney for Warren Sloane
PO Box 20074
Charleston, SC 29413-0074
Tel: (843) 284-3646
sean@markhamlawsc.com

# Exhibit A

**Sloane Realty**
**Property Management and Sales**
1982 Maybank Hwy ~ Charleston, SC 29412
(843) 795-4461 ~ (843) 795-1059 (fax)
www.SloaneTeamRealty.com

## RENEWAL OF RESIDENTIAL RENTAL AGREEMENT

This Renewal Agreement dated November 8, 2017, is a rider to and forms a part of the original Residential Rental Agreement (the "**AGREEMENT**") dated March 2,2011 between **Sloane Realty**, Landlord and Carol Myers Tenant(s) for the property located at the following address:

1347 Valley Road
Street Address

Charleston, SC 29412 in Charleston County in the State of South Carolina
City, State, Zip

The Agreement is hereby extended for an additional term of: (Initial one of the following choices)

☐ **12 MONTHS:** Commencing ____________ and ending ________________ @ _________ per month

☐ **6 MONTHS:** Commencing ____________ and ending ________________ @ _________ per month

☑ **MONTH-to-MONTH:** Commencing December 1, 2017 and ending upon 30 Day Notice @ $1,350.00 per month

☐ I do not want to renew my lease agreement. This constitutes my 30 Day Notice once it has been returned to the office. As always, 30 Day Notice must be given from the 1st of the month prior to your move out date.

- ***Note: if you do not return this form, your rent will automatically be adjusted to the month-to-month rate listed above***

**ADDITIONAL TERMS:**

Tenant agrees to allow any and all repairs to be made to the home during the tenancy. Tenant will accommodate for the repairs by moving items as needed. Tenant will provide access to Sloane Realty or any vendor sent by Sloane Realty. Tenant agrees to keep rent current and paid in full before the 5th of the month. In exchange for keeping this agreement the owner will waive $1,910.70 in late fees currently on the account. Future late fees occurred by tenant will NOT be removed. If at anytime this agreement is not upheld all past late fees will be reinstated to the account.

**ALL OTHER COVENANTS AND CONDITIONS OF THE AGREEMENT SHALL REMAIN IN EFFECT, AND NO CONVENANT OR CONDITION OF THE AGREEMENT SHALL BE DEEMED WAIVED BY ANY ACTION OR NON-ACTION IN THE PAST**

[signature] Carol Myers 11-8-17

Landlord or Representative of Sloane Realty | Tenant Date | Tenant Date

11-8-2017
Date Accepted | Tenant Date | Tenant Date

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 21-00345-jw |
|---|---|
| CAROL LYNNE MYERS, | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: |

On 3/12/2021, I did cause a copy of the following documents, described below,

OBJECTION TO CONFIRMATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/12/2021

/s/ Sean Markham
Sean Markham  76088
Markham Law Firm, LLC
PO Box 20074
Charleston, SC  29413
843 284 3646

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>CAROL LYNNE MYERS, | CASE NO: 21-00345-jw<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: |

On 3/12/2021, a copy of the following documents, described below,

OBJECTION TO CONFIRMATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/12/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sean Markham
Markham Law Firm, LLC
PO Box 20074
Charleston, SC  29413

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>04202<br>CASE 21-00345-JW<br>DISTRICT OF SOUTH CAROLINA<br>CHARLESTON<br>FRI MAR 12 14-37-08 EST 2021 | 1ST FINANCAL<br>PO BOX 60429<br>CHARLESTON SC 29419-0429 | BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 |
| DEMETRIS BULLOCK<br>1100 RIVER ROAD APT 2E<br>HANAHAN SC 29410-2040 | ENHANCED RECOVERY COMPANY<br>ATTN BANKRUPTCY<br>8014 BAYBERRY ROAD<br>JACKSONVILLE FL 32256-7412 | FIRST PREMIER BANK<br>ATTN BANKRUPTCY<br>PO BOX 5524<br>SIOUX FALLS SD 57117-5524 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JAMES ISLAND MAGISTRATE<br>615 RIVERLAND DRIVE<br>CHARLESTON SC 29412-2739 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MEDICREDIT INC<br>ATTN BANKRUPTCY<br>PO BOX 1629<br>MARYLAND HEIGHTS MO 63043-0629 | ROBERT R MEREDITH JR<br>4000 FABER PLACE DRIVE<br>SUITE 120<br>N CHARLESTON SC 29405-8585 |
| MEREDITH LAW FIRM LLC<br>4000 FABER PLACE DRIVE<br>SUITE 120<br>NORTH CHARLESTON SC 29405-8585 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | DEBTOR<br>CAROL LYNNE MYERS<br>1347 VALLEY ROAD<br>CHARLESTON SC 29412-9719 |
| NAVY FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | PROFESSIONAL FINANCIAL SERVICES<br>5325 PARK FOREST PARKWAY<br>SUITE E<br>NORTH CHARLESTON SC 29418-2753 |
| PROFESSIONAL FINANCIAL SERVICES<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 | REGIONAL FINANCE CORP<br>1200 SAM RITTENBERG BLVD STE B<br>CHARLESTON SC 29407-5006 | SC DEPARTMENT OF REVENUE<br>PO BOX 12265<br>COLUMBIA SC 29211-2265 |
| SCDMV<br>FINANCIAL RESPONSITILITY<br>PO BOX 1498<br>BLYTHEWOOD SC 29016-1498 | SANTANDER CONSUMER USA<br>ATTN BANKRUPTCY<br>PO BOX 961245<br>FORT WORTH TX 76161-0244 | SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 |
| CM/ECF E-SERVICE<br>(+) SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | TEA OLIVE LLC<br>PO BOX 1931<br>BURLINGAME CA 94011-1931 | ~~EXCLUDE~~<br>~~US TRUSTEES OFFICE~~<br>~~STROM THURMOND FEDERAL BUILDING~~<br>~~1835 ASSEMBLY STREET~~<br>~~SUITE 953~~<br>~~COLUMBIA SC 29201-2448~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
WORLD FINANCE CO 90                    JAMES M WYMAN
ATTN BANKRUPTCY                        PO BOX 997
PO BOX 6429                            MOUNT PLEASANT SC 29465-0997
GREENVILLE SC 29606-6429
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ADDRESSES WHERE NOTICE WAS NOT SENT VIA ELECTRONIC SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
James M. Wyman
PO Box 997
Mount Pleasant, SC 29465-0997

13info@charleston13.com

(U.S. Trustee)
US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly Street
Suite 953
Columbia, SC 29201

USTPRegion04.CO.ECF@usdoj.gov

(Creditor)
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Debtor)
Carol Lynne Myers
1347 Valley Road
Charleston, SC 29412
represented by:
Robert R. Meredith, Jr.
4000 Faber Place Drive
Suite 120
N. Charleston, SC 29405

rm@meredithlawfirm.com