U.S BANKRUPTCY COURT
District of South Carolina

Case Number: 21-00345-JW

ORDER ON OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, for a total of 3 pages, including this page, is hereby ORDERED.

**FILED BY THE COURT**
**05/04/2021**



*John E Waites*
US Bankruptcy Judge
District of South Carolina

Entered: 05/04/2021

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| IN RE: | Bankruptcy Case No.: 21-00345-JW |
|---|---|
| Carol Lynne Myers; Carol L Myers; Carol Myers | Chapter: 13 |
| | ORDER |
| Debtors. | |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

This matter is before the court upon Sloane Realty, LLC's (hereinafter "Landlord") objection to confirmation of the debtor's plan. After consultation on the matter, the debtor and Landlord, both by and through their undersigned counsel, hereby agree to resolve Landlord's objection to confirmation as follows:

1. The debtor resides in a property managed by Landlord located at 1347 Valley Road, Charleston, SC 29412.
2. The original lease was dated March 2, 2011 and extended multiple times until the final extension dated November 8, 2017.
3. The November 8, 2017 extension allowed for a month-to-month tenancy which was cancelable by either party upon 30 days' notice.
4. Landlord explicitly expressed its intent to terminate the month-to-month tenancy, in writing, no later than March 12, 2021, at the conclusion of the next 30-day period.
5. Such period terminated no later than April 30, 2021.
6. In order to allow the debtor additional time to obtain new housing, Landlord agreed to allow the debtor to remain in property until no later than July 15, 2021.
7. Debtor shall continue to pay the regular rent in the amount of $1,350.00 per month for the months of April, May, and June 2021, and a prorated amount of $665.75 for July 1 through July 15, 2021 at which time debtor agrees to vacate the property.
8. The debtor agrees to vacate the property no later July 15, 2021.
9. The debtor further agrees that she will not contest or otherwise oppose any eviction proceeding if she fails to vacate by July 15, 2021.

THEREFORE, IT IS ORDERED that debtor may remain in the property located at 1347 Valley Road, Charleston, SC 29412 until no later than July 15, 2021 and shall not contest any eviction proceedings if she fails to vacate by July 15, 2021.

WE SO MOVE AND CONSENT:

| | |
|---|---|
| /s/ Elizabeth R. Heilig | /s/ Sean Markham |
| Robert R. Meredith, Jr. DC ID #6152<br>rm@meredithlawfirm.com<br>Elizabeth R. Heilig, DC ID #10704<br>eheilig@meredithlawfirm.com<br>Meredith Law Firm, LLC<br>4000 Faber Place Drive, Suite 120<br>North Charleston, SC 29405<br>843-529-9000<br>843-529-9907 (f) | Sean Markham, DC ID #10145<br>sean@markhamlawsc.com<br>Markham Law Firm, LLC<br>Post Office Box 20074<br>Charleston, SC 29413-0074<br>843-284-3646 |